M

Maxine Johnson

**RECEIVED**
JAN 09 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff

v.

1:19-cv-00177
Judge Charles R. Norgle, Sr
Magistrate Judge Mary M. Rowland

Illinois Commerce Commission
Defendant et al

Peoples Gas, ComEd, Integrys, Sullivan Reporting

# COMPLAINT

** Criminal Act of Changing my meter and eliminating my Account into Another name. Defendants participated in Rico and Public Utilities Act violations at the expense of plaintiff's Constitutional and civil rights; causing and leading to injuries of Discrimination, Fraud, Emotional/Mental Anguish and distress, Defamation, Libel, Slander, etc. Defendants Aiding and Abetting in Corruption together with other Co-Conspirators in an Alliance of Perjury (suborning perjury), Denial of Right to Fair Trial, Denial of Access to the Courts and due process; committed overt Acts of including but not limited to Collusion, Accepting Fake Identity, False Affidavits, Evidence Tampering, fraudulent records, willful and repeated Acts of deceptive/unfair business practices leading to unlawful discriminatory price gauging, over-inflated non-actual meter readings, Interference/service Tampering and disconnection thereof (Electric Stove and Television(s) (New TV tampered with yesterday, Tues. 01-08-19 1:30pm). Giving and Allowing false testimony, filing and reporting false and erroneous statements for the record (Transcripts), Suppression of favorable exculpatory evidence, failure to come forward with a truthful Account of the events, Refusal to Investigate and quashing of good faith investigation and findings; Along with the Abuse of Public office and the exploitation of a blatant conflict of Interest to cover up Corruption and other Acts of improprieties by defendants and others creating extreme misconduct and Negligence of Duty of an Oversight Agency & responsibility, creating fictitious debt and erroneous outstanding balances due when none is owed, Colluding to induce The False statute of Limitation Dismissals of my case. Plaintiff respectfully request judgement against defendants for compensatory, punitive damages, plus any and all associated costs of this Action, Attorney fees, and such other relief as this Court deems equitable and just due to the Cruelty, malicious intentional and willful and wanton manner of harrassment and Intimidation of Misconduct exacted. **

Maxine Johnson  1-9-2019